Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

J. Nicholas Marfori, SBN 311765
Nicholas.marfori@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MADDEN, LTD., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01337-JAM-JDP<br><br>Hon. John A. Mendez<br>Courtroom 6, 14th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 29, 2021<br>Trial Date: None |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Flor Jimenez and Defendant Steven Madden, Ltd. (collectively, the "Parties"), the Parties jointly advise this Court that the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: September 9, 2021                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

Dated: September 9, 2021                    Respectfully Submitted,

*/s/ J. Nicholas Marfori*
J. Nicholas Marfori
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorney for Defendant*

NOTICE OF SETTLEMENT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 9, 2021     Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*